**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF MAY 10, 2016**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD78077 | Kenneth D. Forte vs. State of Missouri |
| WD78259 | Daniel Berning vs. State of Missouri |
| WD78273 | Charles M. O'Neal vs. State of Missouri |
| WD78346 | Jimmie Williams vs. State of Missouri |
| WD78515 | John E. Youngs vs. Noah Conley, A Minor, Stacey Conley, His Natural Mother, Jamie Conley, His Natural Father |
| WD78587 | Kenneth blake vs. Doug Worsham, et al |
| WD78601 | Consolidated with WD78515 |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD76975 | State of Missouri vs. Joseph M. Braughton |
| WD78128 | State of Missouri vs. Ervin D. Carroll, Jr. |
| WD78164 | State of Missouri vs. Alfonso Rodriguez |
| WD78582 | State of Missouri vs. Jeremy A. Brady |